**FILED**
**U.S. MAGISTRATE JUDGE**

DATE: December 18, 2024

TIME: 1:45 p.m.

JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
TINA SNELLINGS
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6281
Tina.Snellings@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENDELL JAHAN BURRELL<br><br>Defendant | Case No. 2:24-mj-01000-EJY<br><br>CRIMINAL COMPLAINT<br><br>VIOLATIONS:<br><br>18 U.S.C. §§ 922(u) and 924(m) – Firearm Theft from Federal Firearms Licensee<br><br>18 U.S.C. §§ 922(j) and 924(a)(2) – Possession of a Stolen Firearm |

BEFORE the United States Magistrate Judge, Las Vegas, Nevada, the undersigned Complainant, being duly sworn, deposes and states:

**COUNT ONE**
(Firearm Theft from Federal Firearms Licensee)

On or about December 16, 2024, in the State and Federal District of Nevada,

**KENDELL JAHAN BURRELL,**

2

defendant herein, stole a Taurus G3C 9mm pistol, bearing serial number AGB055136 from the inventory of Guard Bees Firearms Training, LLC, a Federal Firearms Licensee engaged in the business of dealing in firearms, and said firearm having been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(u) and 924(m).

## COUNT TWO
(Possession of Stolen Firearm)

On or about December 17, 2024, in the State and Federal District of Nevada,

**KENDELL JAHAN BURRELL,**

defendant herein, knowingly possessed a stolen Taurus G3C 9mm pistol, bearing serial number AGB055136, said firearm having been shipped and transported in interstate or foreign commerce, and knowing or having reasonable cause to believe said firearm was stolen, in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## PROBABLE CAUSE AFFIDAVIT

1. I, Michael LaRusso, have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since October 2009. I am currently assigned to the ATF Las Vegas Field Office, which investigates federal firearms violations and specializes in the reduction of violent crime, including gang activity and narcotics violations. As an ATF Special Agent, I have successfully completed the Criminal Investigator Training Program (CITP) and Special Agent Basic Training (SABT) at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia.

2. The statements contained in this affidavit are based on my own knowledge of an ongoing ATF investigation, my training and experience, the training and experience of fellow law enforcement agents, information provided to me by and/or through other law enforcement agents, investigators, and individuals with knowledge of this matter, and

3

through a review of documents. I have not included every fact known to me concerning this investigation, but have only included those facts sufficient to establish a finding of probable cause. All times noted are approximate.

### FACTS ESTABLISHING PROBABLE CAUSE

3. On or about December 16, 2024, at approximately 11:50 a.m., an adult male wearing a black Adidas hooded sweatshirt, backpack, and apparent Crocs™ shoes, later identified as Kendell Jahan BURRELL, entered Guard Bees Firearms Training, LLC, a Federal Firearms Licensee (FFL No. 9-88-003-07-7D-06217) located at 5015 W. Sahara Ave., #124, Las Vegas, NV 89102, and requested to view various firearms in inventory. The entire interaction was captured on store surveillance camera footage. Guard Bees, LLC owner Lin Guo advised BURRELL he would need to provide a form of identification, to which BURRELL produced a valid Nevada identification card (No. 1606668729), thereby identifying himself as Kendell Jahan BURRELL.  At approximately 12:00 p.m., after viewing multiple firearms, BURRELL proceeded to conceal one of the firearms into his right pocket and leave the store without paying for the firearm.  Guo then chased after BURRELL and advised him the store was still in possession of his identification card. Upon returning to the store, Lin Guo called 9-1-1 at approximately 12:05 p.m.  Shortly thereafter, BURRELL was seen on surveillance footage returning to the front of the store and proceeded to pace back-and-forth outside the store before, ultimately, departing on foot in a southeast direction.

4. At approximately 12:19 p.m., Las Vegas Metropolitan Police Department (LVMPD) Officer J. Corona responded to Guard Bees, LLC and spoke to Lin Guo, as well as neighboring businesses.  Officer Corona spoke to Marc Guzman, owner of Red Rock Mailboxes, located at 2605 S. Decatur Blvd., Ste. 123, which is located adjacent to and east of Guard Bees, LLC. Marc Guzman provided video surveillance footage from his store showing BURRELL outside the building.  Officer Corona took a still photo of the video

footage and showed it to Lin Guo, who positively identified the individual in the photo as being the same individual who stole the firearm.

5. At approximately 2:20 p.m., I arrived at Guard Bees, LLC and spoke with Lin Guo. Upon a review of the store firearms inventory, Lin Guo identified the stolen firearm as being a Taurus G3C 9mm pistol, bearing serial number AGB055136. This stolen firearm information was relayed to the responding LVMPD Officers on scene. I reviewed the Guard Bees, LLC store surveillance footage, which was consistent with the aforementioned description of events.

6. At approximately 3:25 p.m., I spoke with Marc Guzman and obtained video surveillance footage, which appeared to show the same individual from the Guard Bees, LLC firearms theft video footage, wearing the same black Adidas hooded sweatshirt, backpack, and apparent Crocs™ shoes. Additionally, the individual shown in the video footage appears to have the same physical description and facial features as those belonging to Kendell Jahan BURRELL, as seen in his Nevada Department of Motor Vehicles (DMV) Instruction Permit photograph and LVMPD booking photos.

7. On or about December 17, 2024, LVMPD Crime Gun Intelligence Center (CGIC) Detective Robert Boehm saw BURRELL standing on the corner of Charleston Blvd. and Durango Dr. BURRELL was wearing the same clothing as the day of the firearm theft, which included the black Adidas hooded sweatshirt and Crocs™ shoes. LVMPD marked patrol units arrived to assist Detective Boehm and BURRELL was taken into custody. During a search of BURRELL's backpack, officers found the stolen Taurus G3C 9mm pistol bearing serial number AGB055136. After being advised of his *Miranda* rights, BURRELL admitted to stealing the firearm.

//
//
//
//

## CONCLUSION

8. Based on the aforementioned facts, I believe that there is probable cause to believe that Kendell Jahan BURRELL committed violations of Title 18, United States Code, Section 922(u) and Title 18, United States Code, Section 922(j).

Respectfully Submitted,

*Michael A. LaRusso*
**Michael A. LaRusso**
**Special Agent**
**Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF)**

Attested to by affiant in accordance with the requirements of Fed. R. Crim. P. 41 by telephone on this __18th__ th day of December 2024.

*Elayna J. Youchah*
THE HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

6