RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defenders
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Kendell Jahan Burrell

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| United States of America, | Case No. 2:25-cr-00056-RFB-NJK |
| --- | --- |
| Plaintiff, | |
| v. | **Motion for Leave to File Amended Notice of Expert Testimony Pursuant to Rule 16 Under Seal** |
| Kendell Jahan Burrell, | |
| Defendant. | |

    Mr. Burrell moves the Court for leave to file his Amended Notice of Expert Testimony Pursuant to Rule 16 under seal because it contains highly sensitive information.

## Points and Authorities

The Ninth Circuit has addressed the standard required to obtain sealing of judicial record. In *Kamakana v. City & Cnty of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006), the Court focused on the delineation between dispositive filings (and related attachments) and non-dispositive filings (and related attachments). The party seeking redaction or sealing of judicial records for non-dispositive filings must show good cause. *Id.* For dispositive filings, the moving party must show "compelling reasons" to seal or redact. 447 F.3d 1172, 1180 (9th Cir. 2006). Mr. Burrell submits good cause exists for filing his Amended Notice of Expert Testimony Pursuant to Rule 16 under seal because it contains highly sensitive, confidential medical information.

Even if this Court holds Mr. Burrell to the more stringent "compelling reasons" standard, *Ctr. For Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092, 1096-97 (9th Cir. 2016) (quoting *Kamakana*, 447 F.3d at 1178), the Court should still grant his motion. Under this standard, the Court is required to "conscientiously balance[ ] the competing interests of the public and the party who seeks to keep certain judicial records secret." *Id.* (citations and quotation marks omitted, alteration in original). Examples of compelling reasons include "when a court record might be used to 'gratify private spite or promote public scandal,' to circulate 'libelous' statements, or 'as sources of business information that might harm a litigant's competitive standing.'" *Id.* (quoting *Nixon v. Warner Communications, Inc*, 435 U.S. 589, 598–99 (1978)). The information at issue here is even more sensitive because it concerns confidential medical data. *See Father M. v. Various Tort Claimants (In re Roman Catholic Archbishop)*, 661 F.3d 417, 433, 9th Cir.) ("Although the public's right of access to documents

produced in litigation is long established and has been given great weight from the time of the equity courts in England, courts have likewise given serious consideration to privacy interests of those involved.").

## Conclusion

Mr. Burrell respectfully requests that his Amended Notice of Expert Testimony Pursuant to Rule 16 be filed under seal and remain under seal.

DATED: August 29, 2025.

>
> Respectfully submitted,
> RENE L. VALLADARES
> Federal Public Defender
>
> By: */s/ Joanne L. Diamond*
> JOANNE L. DIAMOND
> Assistant Federal Public Defenders
> Attorney for Kendell Jahan Burrell

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
Dated 9/3/2025

3