IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 2:25-cr-00056-RFB-NJK |
| Plaintiff, | ) |
| | )   ORDER TEMPORARILY |
| vs. | )   UNSEALING PROCEEDING |
| | ) |
| KENDELL JAHAN BURRELL, | ) |
| | ) |
| Defendant. | ) |

On September 10, 2025, this Court received a request from Amber McClane, Court Reporter, for a transcript of the sealed Status Conference held on August 15, 2025.

IT IS THEREFORE ORDERED that the reporter notes of said hearing shall be unsealed for the limited purpose of providing the transcript as requested by the Federal Public Defender's Office for the district of Nevada. The original reporter notes shall thereafter be resealed, together with the certified copy of the transcript delivered to the Clerk pursuant to 28 U.S.C. § 753(b), until further order of this Court.

IT IS FURTHER ORDERED that Amber McClane, Court Reporter, shall not disclosed the contents of the transcript of the sealed proceedings to anyone other than the parties or representatives of the parties directly concerned with this case.

DATED this __10th__ day of September, 2025.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT JUDGE